# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.                                          **Case No. 5:22cr27/TKW**

**BRIAN BEAUCHAMP**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, BRIAN BEAUCHAMP**,** to Counts One, Two, and Three of the Indictment is hereby **ACCEPTED**.   All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 17th day of January, 2023.

*T. Kent Wetherell, II*
_____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**